**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Derrick Anthony SARDIN, also known**
**as Xavier James Sardin, Defendant–**
**Appellant.**

**No. 07–10411**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 3, 2007.

Alan M. Buie, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

James Warren St. John, Fort Worth, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before JOLLY, DAVIS, and WIENER, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Derrick Anthony Sardin raises arguments that are foreclosed by *United States v. Beydoun,* 469 F.3d 102, 108 (5th Cir. 2006), which held that there is no *Crawford v. Washington,* 541 U.S. 36, 124 S.Ct. 1354, 158 L.Ed.2d 177 (2004) violation when hearsay testimony is used at sentencing, rather than at trial. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Before JOLLY, DAVIS, and WIENER, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

